UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBRA L. AALBERG,

    Plaintiff,

vs.                                               Case No. 8:09-CV-1393-T-27EAJ

PLAN 4 COLLEGE, INC., et al.,

    Defendants,
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Defendant's Motion to Transfer Venue or in the Alternative to Stay Proceedings (Dkt. 8) be denied (Dkt. 31). Neither party has filed objections to the Report and Recommendation. After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved. Accordingly, it is **ORDERED** that:

(1) The Report and Recommendation (Dkt. 31) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

(2) Defendant's Motion to Transfer Venue or in the Alternative to Stay Proceedings (Dkt. 8) is **DENIED**.

**DONE AND ORDERED** in chambers this 3rd day of November, 2009.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record